UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-22826-Civ-COOKE/O'SULLIVAN

JIMY RODRIGUEZ,

    Plaintiff,

vs.

LAUREL OAK LANDSCAPING, INC. *et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE is **DISMISSED** *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs. *Joint Stipulation for Dismissal with Prejudice*, ECF No. 5. The Court **DENIES** *as moot* all pending motions and Orders the Clerk to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 3rd day of September 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of Record*